**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATIA SAMPSON, | No. ED CV 17-599 PA (PJWx) |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DOES 1–10, | |
| Defendants. | |

In accordance with the Court's March 5, 2018, Minute Order granting the Motion to Dismiss filed by defendant County of Los Angeles ("Defendant"),

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Third Amended Complaint is dismissed without leave to amend;

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in its favor; and

3. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that plaintiff Natia Sampson shall take nothing and Defendant shall have its costs of suit.

DATED: March 5, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE