**Vincent W. Davis, Esq. (SBN 125399)**
**Law Offices of Vincent W. Davis & Associates**
**440 East Huntington Drive, # 100**
**Arcadia, CA 91006**
**Phone: (626) 446-6442**
**Facsimile: (626) 446-6454**
**v.davis@vincentwdavis.com**

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NATIA SAMPSON<br><br>PLAINTIFF<br><br>v.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; DOES 1-10, inclusive<br><br>DEFENDANTS | No. 5:17-cv-00599 FLA(KSx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(A)(ii)<br>(Without a Court Order**)** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (Without a Court Order)

IT IS HEREBY STIPULATED AND AGREED to by and between the parties through their respective counsel that the above-captioned action against the Defendant is VOLUNTARILY DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: March 20, 2023

## LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES

BY:  /s/ Vincent W. Davis, Esq.
     Vincent W. Davis, Esq.
     Attorney for Plaintiff,
     NATIA SAMPSON

Date: March 20, 2023

## DAVID WEISS LAW

BY:  /s/ Nicholas A. Weiss, Esq.
     Nicholas A. Weiss, Esq.
     Attorney for Defendant,
     COUNTY OF LOS ANGELES

### ATTESTATION REGARDING SIGNATURES

I, Vincent W. Davis, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

Dated: March 30, 2023        BY:  /s/ Vincent W. Davis, Esq.
     Vincent W. Davis, Esq.
     Attorney for Plaintiff,
     NATIA SAMPSON