JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIA SAMPSON,<br><br>             Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. 5:17-cv-00599-FLA (KSx)<br><br>**ORDER DISMISSING ACTION [DKT. 124]** |

1

On March 30, 2023, Plaintiff Natia Sampson ("Plaintiff") and Defendant County of Los Angeles ("Defendant") filed a Stipulation of Voluntary Dismissal ("Stipulation") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. 124. Having considered the Stipulation and finding good cause, the court hereby DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: March 31, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge